IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-371-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
 )
            Plaintiff, )
 )
v. ) **ORDER**
 )
KITE ASSET MANAGEMENT, LLC, )
 )
           Defendant. )

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 29], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 23], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _20_ day of July 2021.

                                                    JAMES C. DEVER III
                                                    United States District Judge