IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00371-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, *Plaintiff*, v. KITE ASSET MANAGEMENT, LLC, *Defendant*. | **ORDER** |

On this day, came to be considered the Unopposed Motion to Stay Proceeding filed by Defendant Kite Asset Management, LLC ("Defendant"). The Court, upon consideration of this motion, is of the opinion and finds that it should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendant's Unopposed Motion to Stay Proceeding is GRANTED. This action is hereby stayed.

SO ORDERED. This the 6 day of February, 2025.

JAMES C. DEVER III
United States District Judge